Kevin C. Boyle, Esq. (SBN 190533)
LAW OFFICES OF KEVIN C. BOYLE
5000 North Parkway Calabasas, Suite 110
Calabasas, CA 91302

Telephone: (818) 591-1755
Facsimile: (818) 591-1756

Attorney for Plaintiff,
Laura Kephart

# UNITED STATES DISTRICT COURT

## FOR THE ORANGE DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KEPHART, <br><br> Plaintiff, <br><br> v. <br><br> ATRIA MANAGEMENT COMPANY LLC; ATRIA SENIOR LIVING, INC., ATRIA DEL SOL; and DOES 1 through 100 inclusive <br><br> Defendants. | CASE NO.: 8:16-cv-01691-DOC-DFM <br><br> ORDER TO DISMISS PURSUANT TO STIPULATION OF THE PARTIES [16] |

Pursuant to the Stipulation of the parties to dismiss the within action:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

Dated: March 10, 2017

_/s/ David O. Carter_
Hon. David O. Carter
U.S. DISTRICT JUDGE